■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GLADYS JIMENEZ, Appellant. — Appeal by defendant, as limited by her brief, from a sentence of the Supreme Court, Kings County (Ryan, J.), imposed February 23, 1978. Sentence affirmed (see *People v Donovan,* 89 AD2d 968). Gibbons, J. P., O'Connor, Weinstein and Brown, JJ., concur.